DEBTOR: **SPORTEX Inc**

CASE NUMBER: **06-15369 SBB**

MONTHLY OPERATING REPORT
CHAPTER 11

Form 2-A
**COVER SHEET**

For Period Ending **8-31-06**

Accounting Method: ☐ Accrual Basis   ☒ Cash Basis

*THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☐ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☐ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☐ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☐ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☐ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☐ | ☐ | 6. Narrative (Form 2-G) |
| ☐ | ☐ | 7. Bank Statements for All Bank Accounts |
| ☐ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: **9-12-06**   Print Name: **Johnny Lee**

Signature: _____

Title: **President**

Rev. 10/1/04

DEBTOR: __Sportex Inc__     CASE NO: __06-15369 SBB__

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _____ to _____

**CASH FLOW SUMMARY**

|   | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 530.35 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
|    Operations | 89,778.34 | |
|    Sale of Assets | | |
|    Loans/advances | 200,000 | |
|    Other | | |
|    Total Cash Receipts | $ 289,778.34 | $ 290,308.69 |
| 3. Cash Disbursements | | |
|    Operations | 59,641.71 | |
|    Debt Service/Secured loan payment | | |
|    Professional fees/U.S. Trustee fees | | |
|    Other | | |
|    Total Cash Disbursements | $ 59,641.71 | $ 59,641.71 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | |
| 5. Ending Cash Balance (to Form 2-C) | $ 230,136.63 (2) | $ 230,136.63 (2) |

**CASH BALANCE SUMMARY**

|   | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ _____ |
| DIP Operating Account | 230,136.23 | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ _____ (2) |

(1) *Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
(2) *All cash balances should be the same.*

Page 1 of 3
Rev. 10/1/04

DEBTOR: _____  CASE NO: _____

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 8/31/06

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ 230,136.63 | $ |
| Accounts Receivable (from Form 2-E) | 191,049.— | |
| Receivable from Officers, Employees, Affiliates | 100,000 | |
| Inventory | 200,000 | |
| Other Current Assets :(List) _____ | 721,185.63 | |
| Total Current Assets | $ _____ | $ _____ |
| Fixed Assets: | | |
| Land | $ 12,300 | $ |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | | |
| Less: Accumulated Depreciation | ( _____ ) | ( _____ ) |
| Net Fixed Assets | $ 12,300 | $ |
| Other Assets (List): | | |
| **TOTAL ASSETS** | $ 733,485.63 | $ |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | $ |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): loan upon _____ | 500,000 | |
| Total Post Petition Liabilities | $ | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ | $ |
| **TOTAL LIABILITIES** | $ 500,000.— | $ |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ 233,485.63 | $ |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| **TOTAL OWNERS' EQUITY** | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1
Rev. 10/1/04

DEBTOR: SPORTEX Inc    CASE NO: 06-15369 SBB

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 8/15/06 to 8/31/06

**CASH RECEIPTS DETAIL**    Account No:

*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 8/15/06 | Mo-Co | operations | $ 44.91 |
| " | Big Horn | | 39.26 |
| " | Trophy Case | | 205.55 |
| " | Wyoming West | | 31.- |
| " | CHG | | 1.94 |
| " | East West Printing | | 17.18 |
| " | Mike Wallrich | | 897.09 |
| " | Get Noticed | | 427.71 |
| " | Idea Print | | 190.21 |
| " | Eastern Nat'l | | 14,314.86 |
| " | Sheik | | 389.70 |
| " | Pete's | | 82.28 |
| " | Sau Tech | | 126.72 |
| " | Fitness Res | | 186.93 |
| " | Diddick | | 25.58 |
| " | Univ. Sporting | | 302.50 |
| 8/19/06 | Appalacian Fact | | 130.82 |
| " | Wilcor | | 851.- |
| " | Marathon | | 513.84 |
| " | Dodunk | | 481.87 |
| " | Grapevine | | 87.11 |
| " | Garretson's | | 293.06 |
| " | Jack Parker | | 22.50 |
| " | Screenco | | 39.66 |
| " | Sports Locker | | 200.- |
| " | GT Sports | | 57.47 |
| (1) " | Geiger | | 24.- |
| " | GTM | | 1,562.50 |
| " | Ouray | | 855.28 |
| " | Craft-Cochran | | 9.16 |
| " | Inner Working | | 163.72 |
| " | Emb. by Design | | 1,098.- |
| " | AMI Promo | | 697.85 |
| " | Douglas County | | 4.98 |
| " | Forerunner | | 20.48 |
| " | Forerunner | | 89.74 |
| | Millennium T-shirt | | 494.67 |

Total Cash Receipts  $

(1) *Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*    Page 2 of 3
   Attach additional sheets as necessary

DEBTOR: Sportex Inc   CASE NO: 06-15369 SBB

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 8/15/06 to 8/31/06

**CASH RECEIPTS DETAIL**   Account No: 
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 8/19/06 | Colorado West Business | operations | $ 46.79 |
| " | Official Ticket Center | | 452.50 |
| " | Top To Bottom | | 567.75 |
| " | Priority Emb | | 36.77 |
| " | Lazer Graphix | | 104.72 |
| " | Water Tower pl. | | 72.08 |
| " | Rocky Mtn Materials | | 34.98 |
| " | Crew Gear | | 28.87 |
| " | SKC Inc | | 12.88 |
| " | Winners Inc | | 1,035.40 |
| " | Winners Inc | | 327.87 |
| " | Embroid Me/TN | | 125.73 |
| 8/21/" | Abante | | 162.17 |
| " | NCO | | 322.86 |
| " | GTM | | 906.- |
| " | G&G | | 18.95 |
| " | Alyeska | | 1,805.63 |
| " | Nantahala | | 108.43 |
| " | Chalice | | 1,546.22 |
| 8/23/" | DBA | | 4,341.30 |
| " | Timberline | | 9,218.52 |
| " | Big Horn Eng. | | 111.62 |
| 8/25/" | Wiltwyck | | 318.42 |
| " | Custom Logos | | 1,560.- |
| " | Jackson | | 30.35 |
| " | Sportsprint | | 176.78 |
| (1) " | Kasmar | | 1,506.50 |
| " | Lighting Bolts | | 463.90 |
| " | Appliance | | 42.48 |
| " | CMG | | 187.- |
| " | Soda Creek | | 1,741.27 |
| " | MD Recreational | | 2,496.95 |
| 8/26/" | Forward Motion | | 39.66 |
| " | Bill Reed | | 34.87 |
| " | Bon Jos | | 70.07 |
| " | SM Gun | | 87.84 |
| " | Dan Outlet | | 337.73 |

Total Cash Receipts    $ _____ (1)

(1) *Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*   Page 2 of 3
Attach additional sheets as necessary   Rev 10/04

DEBTOR: __Sportex Inc__   CASE NO: __06-15369 SBB__

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: __8/15/06__ to __8/31/06__

**CASH RECEIPTS DETAIL**       Account No: [         ]
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 8/26/06 | Winners Inc | operations | $ 28.54 |
| " | Dowers Emb | | 17.66 |
| " | The Krelman | | 243.94 |
| " | Sports Fan | | 34.92 |
| " | Maryland Screen | | 1,668.74 |
| " | New Winchester | | 271.61 |
| " | Dorothy's | | 509.50 |
| " | Stampede Promo | | 77.06 |
| " | Lancaster Archery | | 91.26 |
| " | Replay Sports | | 16.69 |
| " | Wheelers Sports | | 93.55 |
| " | Millennium T-Shirt | | 222.93 |
| " | Steerling Ideas | | 77.90 |
| " | Bahama House | | 136.24 |
| " | All Seasons Sports | | 34.- |
| " | Henderson Adv. | | 42.56 |
| " | Omni Clothing | | 70.58 |
| 8/28/06 | Belle Meade | | 800.86 |
| " | Diddick | | 23.83 |
| " | Corsicana | | 225.02 |
| " | State of OR | | 2,735.27 |
| " | Sau Tech | | 33.91 |
| " | Idea Print | | 20,000 |
| " | Carolina Athletic | | 36.77 |
| " | G&G | | 31.- |
| " | McGuckin | | 29.82 |
| (1) " | Wasco | | 95.06 |
| " | Alfieri | | 1,407.16 |
| " | Cohasse | | 2,000.63 |
| " | West Pro | | 216.66 |
| " | Joseph | | 2,320.- |
| " | Imagewear | | 29.52 |
| " | Central Valley | | 500.34 |
| 8/31/06 | Yes America | Loan | 200,000.- |

Total Cash Receipts   $ 289,778.34 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1
Attach additional sheets as necessary

DEBTOR: Sportex Inc    CASE NO: 06-15369-SBB

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 8/15/06 to 8/31/06

**CASH DISBURSEMENTS DETAIL**    Account No:
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 8/19/06 | 3844 | Denver Design | Outside Service (Embroidery) | $2,077.66 |
| " | 3845 | St. Paul | Rent | 6,399.50 |
| " | 3846 | Caretek | Purchasing | 6,149.82 |
| " | 3847 | UPS | Shipping | 1,075.06 |
| " | 3848 | UPS | Shipping | 1,143.86 |
| " | 3849 | UPS | Shipping | 1,131.11 |
| " | 3850 | Timberline | Purchasing | 5,656.68 |
| " | 3851 | Why Not 5240 | Purchasing | 62.76 |
| " | 3852 | Factory Direct | " | 1,344.- |
| " | 3853 | Sprint | Telephone | 132.80 |
| " | 3854 | State Farm | Auto Insurance | 528.47 |
| " | 3855 | Xcel Energy | Utility | 315.46 |
| " | 3856 | Anthem | Medical Insurance | 827.99 |
| " | 3857 | WM of Denver | Trash Removal | 47.67 |
| " | 3858 | NW Mechanical | Warehouse Maintenance | 155.- |
| 8/21/" | 3859 | KL Billen | Outside Service (Embroidery) | 1,050.- |
| 8/22/" | 3860 | Five Star Adv. | Purchasing | 2,169.- |
| 8/24/" | 3861 | Johnny Lee | S/H Distribution | 3,000.- |
| " | 3863 | Nationwide Sewing | Outside Service | 3,348.- |
| 8/26/" | 3864 | ACS | Sales Promotion | 3,226.58 |
| " | 3865 | Denver Design | Embroidery Service | 1,408.39 |
| " | 3866 | KL Billen | " Design | 610.- |
| " | 3867 | UPS | Shipping | 1,420.97 |
| " | 3868 | Baru | Purchasing | 5,377.95 |
| " | | Imprint | " | 654.79 |
| " | | Five Star | " | 2,061.- |
| 8/26/" | 3869 | Baru | " | 3,716.30 |
| | | Five Star | " | 511.- |
| 8/29/" | 3870 | Nationwide Sewing | Outside Service | 1,800.- |
| 8/30/" | 3871 | Bryan Walters | Salary | 1,035.50 |
| " | 3872 | Jaimy Williamson | " | 1,243.37 |

Total Cash Disbursements $ 59,641.71

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*
Attach additional sheets as necessary

Page 3 of 3
Rev. 10/1/04

DEBTOR: Sportex Inc   CASE NO: 06-15369 SBB

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 8/15/06 to 8/31/06

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 60,687.76 | $ |
| Less: Discounts, Returns and Allowances | ( ) | ( ) |
| **Net Operating Revenue** | $ | $ |
| Cost of Goods Sold | 42,481.43 | |
| **Gross Profit** | $ 18,206.33 | $ |
| Operating Expenses | | |
| Officer Compensation | $ 3,000.- | $ |
| Selling, General and Administrative | 22,508.91 | |
| Rents and Leases | 6,399.50 | |
| Depreciation, Depletion and Amortization | | |
| Other (list): _____ | | |
| | | |
| **Total Operating Expenses** | $ 31,908.41 | $ |
| **Operating Income (Loss)** | △ $ 13,702.08 | $ |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ | $ |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ | $ |
| Reorganization Expenses | | |
| Legal and Professional Fees | $ | $ |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| **Net Income (Loss) Before Income Taxes** | △ $ 13,702.08 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | △ $ 13,702.08 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev 10/1/04

DEBTOR: Sportex Inc  CASE NO: 06-15369 SBB

## Form 2-E
### SUPPORTING SCHEDULES
For Period: 8/15/06 to 8/31/06

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ 138,574 | $ |
| 30 to 60 days | 8,467 | |
| 61 to 90 days | 3,595 | |
| 91 to 120 days | 3,200 | |
| Over 120 days | 37,213 | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ 191,049 | |
| Less: Bad Debt Reserve | | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| Total Post Petition Accounts Payable | | $ |

* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due* |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | $ | $ | | $ |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 10/1/04

DEBTOR: Sportex Inc

CASE NUMBER: 06-15369 SBB

INITIAL FINANCIAL REPORT
CHAPTER 11

COVER SHEET

9-15-06
Date of Report

## THIS REPORT IS DUE 15 DAYS AFTER THE PETITION FILING DATE

Mark One Box for Each Required Document:

Debtor must attach each of the following documents or a satisfactory explanation for failure to attach a document. Submit original report to U.S. Trustee. Do not file report with Clerk of Court.

| Document Attached | Previously Submitted | Explanation Attached | REQUIRED DOCUMENTS |
|---|---|---|---|
| ☐ | ☒ | ☐ | 1. Latest Fiscal Year Financial Statements or Tax Returns |
| ☐ | ☒ | ☐ | 2. Balance Sheet as of Month End Immediately Preceding Filing |
| ☐ | ☒ | ☐ | 3. Profit and Loss Statement for Month and Year Immediately Preceding Filing |
| ☒ | ☐ | ☐ | 4. Proof of Insurance Coverage: |
| ☒ ☒ | ☐ ☐ | ☐ ☐ | a. General Liability Insurance<br>b. Property (Fire, Theft, etc.) Insurance<br>c. Workers' Compensation Insurance<br>d. Vehicle Insurance<br>e. Other: |
| ☐ | ☒ | ☐ | 5. Projected Revenue, Expenses and Cash Flow for First 180 Days of Post Petition Operations |
|   |   |   | 6. Name and Address of Financial Institution, Account Number and Sample Voided Check for Each Debtor in Possession Bank Account |
| ☐ | ☐ | ☐ | a. General Account<br>c. Tax Account (if required) |

*I declare under penalty of perjury that the following Initial Financial Report, and any attachments thereto, are true and correct to the best of my knowledge and belief.*

Executed on: 9-15-06      Debtor(s): Sportex Inc

By: Johnny Lee

Position: President

Form 1
Rev. 10/17/05

⌐rm Fire and Casualty Company
Promontory Circle
⌐eley, CO 80638-0001

W-20-1962-F631 F  Z 3

SPORTEX INC
DBA SPORTEX
4355 MONACO ST STE A
DENVER CO    80216-6609

Location:   4355 MONACO ST UNIT A
            DENVER CO
            80216-6609

Add Ins-II:  AIRPORT 70 CENTER 3 & 4
             4355 MONACO INC &
             TRAMMELL CROW SERVICES INC

### Forms, Options, and Endorsements

| | |
|---|---|
| Special Form 3 | FP-6103 |
| Amendatory Endorsement | FE-6206.1 |
| Tree Debris Removal | FE-6451 |
| Business Policy Endorsement | FE-6464 |
| Glass Deductible Deletion | FE-6538.1 |
| Fungus (Including Mold) Excl | FE-6566 |
| Terrorism Insurance Cov Notice | FE-6999 |
| Policy Endorsement - Business | FE-6610 |
| Additional Insured Endorsement | FE-6494 |
| Inc Cost and Demolition Cov | FE-6587 |
| Peak Season Extension | FE-6310 |

## RENEWAL CERTIFICATE

| POLICY NUMBER | 96-J6-0316-4 |
|---|---|
| Business Policy | |
| JUN 06 2006 to JUN 06 2007 | |

| DATE DUE | SEE BALANCE DUE NOTICE |
|---|---|
| JUN 06 2006 | $1,264.00 |

### Coverages and Limits

**Section I**

| | | |
|---|---|---|
| A | Buildings | Excluded |
| B | Business Personal Property | 102,400 |
| C | Loss of Income | Actual Loss |

**Deductibles - Section I**

Basic   1,000
Other deductibles may
apply - refer to policy

**Section II**

| | | |
|---|---|---|
| L | Business Liability | $1,000,000 |
| M | Medical Payments | 5,000 |
| | Gen Aggregate (Other than PCO) | 2,000,000 |
| | Products-Completed Operations (PCO Aggregate) | 2,000,000 |

| | |
|---|---|
| Annual Premium | $1,126.00 |
| Forms, Opts, & Endrsmnt | 22.00 |
| Bus Liability - Cov L | 116.00 |
| **Amount Due** | **$1,264.00** |

**Premium Reductions**

Renewal Year Discount
Yrs in Business Discount
Prot. Devices Discount
Claim Record Discount

Cov. A - Inflation Index:   N/A
Cov. B - Consumer Price:    199.2

71 3403 8539
See reverse side for important information.

Thanks for letting us serve you.

**Agent**  MIOK L FOWLER INSUR AGENCY IN

Prepared APR 20 2006

-J6-0316-4

5616

553-2403 CO

# IMPORTANT NOTICE

- **Premium Adjustment**
- **Minimum Premium**
- **Deductible Change**

## PREMIUM ADJUSTMENT

Insurance premiums have been adjusted and continue to reflect the expected cost of claims. Some policyholders will see their premiums increase while other policyholders will see their premiums decrease or stay the same. The amount your premium changed depends on the expected claim experience in your area and the coverage you have.

The enclosed renewal notice reflects your new premium.

## MINIMUM PREMIUM

The minimum premium is the least amount you will pay for a policy, regardless of your coverage amount. Effective with this renewal, the minimum premiums are being changed as indicated below:

| | |
|---|---|
| **Business Policies** | |
| Business in the Home | $225 |
| All Other | $325 |
| | |
| **Contractors Policies** (Owner Lessor) | $325 |
| (Owner Occupant) | $400 |

If this change affected your policy, it will be reflected on the enclosed premium notice.

## DEDUCTIBLE CHANGE – Potential Reduction in Coverage

Effective with this renewal, deductibles below $500 are no longer available. If your policy had a deductible below $500, it has been changed to $500 with this renewal.

If this change affected your policy, your renewal notice will reflect the new deductible. Please keep in mind that if your deductible changed, you may now be responsible for a greater portion of each covered loss. By increasing the policy deductible we are able to keep premiums as low as possible.

If you have any questions about your premium or coverages, please contact your State Farm® agent.

553-2403 CO        (4/05)

WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
INFORMATION PAGE
20-1962-F631-1

POLICY NO. 96-KH-6503-2
REPLACES NO. 96-J7-3130-4

COVERAGE IS PROVIDED BY
STATE FARM FIRE AND CASUALTY COMPANY
1555 PROMONTORY CIRCLE, GREELEY CO  80638-0001

NCCI CARRIER CODE NO. 14842

1. NAMED INSURED & MAILING ADDRESS
   SPORTEX INC
   DBA SPORTEX
   4355 MONACO ST STE A
   DENVER CO  80216-6609

FEIN 841557039
UI NO.: 596258007

WORKPLACE NOT SHOWN

INSURED IS A CORPORATION

COPYRIGHT 1987 NATIONAL COUNCIL ON COMPENSATION INSURANCE

2. THE POLICY PERIOD IS FROM 06/06/2006 TO 06/06/2007 12:01 A.M. STANDARD TIME AT THE INSURED'S MAILING ADDRESS.

3A. WORKERS COMPENSATION INSURANCE: PART ONE OF THE POLICY APPLIES TO THE WORKERS COMPENSATION LAW OF THE STATES LISTED HERE:  CO

  B. EMPLOYERS LIABILITY INSURANCE: PART TWO OF THE POLICY APPLIES TO WORK IN EACH STATE LISTED IN ITEM 3A. THE LIMITS OF OUR LIABILITY UNDER PART TWO ARE: BODILY INJURY BY ACCIDENT  $ 100,000 EACH ACCIDENT
                                       BODILY INJURY BY DISEASE   $ 100,000 EACH EMPLOYEE
                                       BODILY INJURY BY DISEASE   $ 500,000 POLICY LIMIT

  C. OTHER STATES INSURANCE: PART THREE OF THE POLICY APPLIES TO ALL STATES EXCEPT ME, MT, ND, OH, RI, WA, WV, WY AND STATES LISTED IN 3A.

  D. THIS POLICY INCLUDES THESE ENDORSEMENTS AND SCHEDULES: WC000000A  WC000404  WC000414  WC050402  WC000422*  WC000421A*  WC000308  WC000113*

                                                                    *EFFECTIVE 06/06/06

4. THE PREMIUM FOR THIS POLICY WILL BE DETERMINED BY OUR MANUALS OF RULES, CLASSIFICATIONS, RATES AND RATING PLANS. ALL INFORMATION REQUIRED BELOW IS SUBJECT TO VERIFICATION AND CHANGE BY AUDIT.

| CODE NOS. AND CLASSIFICATIONS | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE/$100 REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|
| 8017 STORE: RETAIL NOC | 108,000 | 1.87 | 2,020 |
| DESIGNATED MEDICAL PROVIDER CREDIT | | | -51 |
| DOMESTIC TERROR/CATASTROPHE ACCIDNT 9741 | 108,000 | .01 | 11 |
| FOREIGN TERRORISM PREMIUM 9740 | 108,000 | .02 | 22 |

MINIMUM PREMIUM $ 215 COLORADO        TOTAL ESTIMATED ANNUAL PREMIUM $      2,002

PREMIUM ADJUSTMENT PERIOD SHALL BE ANNUAL          DEPOSIT PREMIUM $      2,002

PREPARED 04/20/2006                    COUNTERSIGNED_____

WC 00 00 01 A         71 2086 8540    BY AGENT_____

```
                    WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
                            INFORMATION PAGE ENDORSEMENT
                                      PAGE 01
                                                             20-1962-F631-1
 THIS FORMS A PART OF                    COVERAGE IS PROVIDED BY
 POLICY NO.  96-KH-6503-2            STATE FARM FIRE AND CASUALTY COMPANY
                                 1555 PROMONTORY CIRCLE, GREELEY CO 80638-0001

     NAMED INSURED AND MAILING ADDRESS
           SPORTEX INC
           DBA SPORTEX
           4355 MONACO ST STE A
           DENVER CO  80216-6609


  -----------------------------------------------------------------------------

     THE EFFECTIVE DATE IS  06/06/2006

     THE EXPIRATION DATE IS 06/06/2007
  -----------------------------------------------------------------------------

     LOCATION OF THE INSURED

  LOCATION
   NUMBER

    01    4355 MONACO ST STE A                    DENVER CO  80216-6609
          ENTITY:ET01       EMP:2        SIC:  5136
```

```
 ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.
                                        COUNTERSIGNED_____
 PREPARED 04/20/2006
```